UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PETE SMITH<br>15020-057 | CIVIL ACTION NO. 05-0068-A |
| VS. | SECTION P |
| ROBERT TAPIA, WARDEN,<br>ET AL. | JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* and all pending motions be **DENIED AND DISMISSED** because petitioner's claims are **MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 21st day of February, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**